**Register of Copyrights**

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, DC 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s);

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>**US District Court Eastern California** |
|---|---|
| DOCKET NO.<br>**2:11–CV–03074–KJM–CKD** | DATE FILED<br>**11/21/11** | **Sacramento** |

| PLAINTIFF<br>**HARD DRIVE PRODUCTIONS, INC.** | DEFENDANT<br>**JOHN DOE** |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| **1** 1 | Amateur Allure – Violet | Hard Drive Productions, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above–entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleadings |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above–entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ ORDER   ☐ JUDGMENT | ☐ YES   ☐ NO | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |